IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICKI SCHISLER                                                                                    PLAINTIFF

V.                              CASE NO. 3:19-CV-28-BD

ANDREW SAUL,
Commissioner, Social Security
Administration                                                                                    DEFENDANT

## ORDER

Pending is Commissioner Saul's Unopposed Motion to Reverse and Remand. (Docket entry #18) For good cause shown, the Commissioner's motion (#18) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative action.

IT IS SO ORDERED this 6th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE