IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICKI SCHISLER                                                                    PLAINTIFF

V.                          CASE NO. 3:19-CV-28-BD

ANDREW SAUL,
Commissioner, Social Security
Administration                                                                    DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Vicki Schisler and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

IT IS SO ORDERED this 6th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE